IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HILDA R. ELKINS                                                                                         PLAINTIFF

v.                                          Case No. 6:18-cv-6128

BIOMET, INC.;
BIOMET MANUFACTURING
CORPORATION; BIOMET U.S.
RECONSTRUCTION, LLC; and
BIOMET ORTHOPEDICS, LLC                                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff Hilda R. Elkins' Motion to Dismiss With Prejudice. (ECF No. 141). Defendants have not responded to the motion and their time to do so has passed. The Court finds the matter ripe for consideration.

On March 5, 2019, Plaintiff filed the instant motion, stating that the parties have resolved all claims in this mater and asking that this case be dismissed with prejudice. The Court construes the instant motion as one made pursuant to Federal Rule of Civil Procedure 41, which governs the dismissal of actions. An action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2).

Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, Plaintiff's motion to dismiss (ECF No. 141) is hereby **GRANTED**. Plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment. The Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 20th day of March, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge